IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDWARD D. SCHULER
ADC #140938                                                                                           PLAINTIFF

V.                             CASE NO. 2:20-CV-194-BSM-BD

WESTBROOK, *et al*.                                                                           DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Mr. Schuler may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Schuler does not file any objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Plaintiff Edward D. Schuler is an inmate at East Arkansas Regional Unit of the Arkansas Division of Correction. He filed a document on October 6, 2020, which the Clerk filed as a complaint in a new case. (Doc. No. 1) He has now filed a motion to correct (Doc. No. 3), stating that the paper docketed as a new complaint was intended as an amended complaint in a separate, pending case, *Schuler v. Westbrook*, *et al*., E.D. Ark.

Case No. 2:20-CV-192. For good cause, the motion to correct (Doc. No. 3) should be granted.

## III. Conclusion

Mr. Schuler's motion (Doc. No. 3) should be granted; and this case should be dismissed, without prejudice. The Clerk of the Court should file docket entry one in this lawsuit as an amended complaint in *Schuler v. Westbrook*, et al. E.D. Ark. Case No. 2:20-CV-192.

DATED this 20th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE