# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**EDWARD D. SCHULER**                                                     **PLAINTIFF**
**ADC #140938**

v.                          **CASE NO. 2:20-CV-00194-BSM**

**WESTBROOK,** *et al.*                                          **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 4] has been received. After reviewing the record *de novo*, the RD is adopted. Edward Schuler's motion to correct [Doc. No. 3] is granted, and this case is dismissed without prejudice.

The clerk is directed to file Schuler's complaint, Doc. No. 1, as an amended complaint in *Schuler v. Westbrook, et al.*, case number 2:20-cv-192-LPR.

IT IS SO ORDERED this 5th day of November, 2020.

                                                                                                                 
UNITED STATES DISTRICT JUDGE