IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDWARD D. SCHULER**  **PLAINTIFF**
**ADC #140938**

v.  **CASE NO. 2:20-CV-00194-BSM**

**WESTBROOK,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE